JS-6

James M. Duarte (SBN 115517)
Heather A. Douglas (SBN 237004)
(jduarte@duarte-law.com); (hdouglas@duarte-law.com)
Members of Duarte & Associates
245 Fischer Avenue, Suite A-1
Costa Mesa, California 92626
Telephone: (714) 545-4800
Facsimile: (714) 545-4844

Attorneys for Plaintiff,
RAMSEY FARIS

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RAMSEY FARIS, an individual, | CASE NO. SACV08-1267-AG (ANx) |
| Plaintiff, | Assigned to Hon. Andrew Guilford Dept. 10D |
| v. | [~~PROPOSED~~] ORDER RE DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |
| MANPOWER PROFESSIONAL SERVICES, INC., a Wisconsin corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | Trial Date: June 22, 2010 |

The Court has reviewed the joint Stipulation filed by Plaintiff, Ramsey Faris, and Defendant, Manpower Professional Services, Inc. (the "Parties"), that this action be dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear their own costs and fees.

Based upon the parties' Stipulation, the Court hereby orders that this matter be dismissed in its entirety without prejudice with each party to bear its own costs and fees.

IT IS HEREBY ORDERED:

DATED: March 31, 2010

_____
HON. ANDREW GUILFORD